**COURT OF APPEALS CASE NO. 09-3226**

IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

MARY CAMPOS, Executor

                Plaintiff,                                   Court of Appeals

v.                                                                                Case No. 09-3226

BELEN CUELLAR,

                                                District Court

                Defendant - Appellant,            No: 08-02852

                                                Hon. Jack Zouhary

GENERAL MOTORS CORPORATION,

                Defendant - Appellee.

---

Timothy C. Holtsberry
Attorney for Defendant - Appellant
Tim Holtsberry Co., L.L.C.
415 W. Second Street
Suite B
Defiance, Ohio 43512
Telephone: (419) 782-0488

David M. Davis (P24006)
Attorney for Defendant - Appellee
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Ave., Ste. 410
Birmingham, Michigan 48009
Telephone: (248) 645-0800

---

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

---

MOTION OF COUNSEL FOR GENERAL MOTORS
CORPORATION TO WITHDRAW

David M. Davis
Attorney for Defendant - Appellee
Hardy, Lewis & Page, P.C.
401 S. Woodward Ave., Ste. 400
Birmingham, Michigan 48009

IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

MARY CAMPOS, Executor

               Plaintiff       ,           Court of Appeals

v.                                       Case No. 09-3226

BELEN CUELLAR,

                                     District Court

               Defendant - Appellant,     No: 08-02852

                                     Hon. Jack Zouhary

GENERAL MOTORS CORPORATION,

               Defendant - Appellee.

                                           /

## MOTION OF COUNSEL FOR GENERAL MOTORS CORPORATION TO WITHDRAW

NOW COMES David M. Davis of the law firm Hardy, Lewis & Page, P.C., and moves to withdraw from representing Defendant - Appellee General Motors Corporation in the above matter. In support of this Motion, Attorney Davis states as follows:

1.      Effective March 31, 2011, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") approved a liquidating plan of reorganization ("Plan") for Motors Liquidating Company f/k/a General Motors Corporation ("Old GM").

2.      Consistent with that Plan, Old GM was dissolved in 2012. My understanding is that all of Old GM's remaining assets were transferred to trusts for the benefit of creditors as defined by the Plan, and the Plan includes an injunction against the pursuit of claims with respect to those assets except as authorized by the Plan and administered by the Bankruptcy Court.

3.    As a consequence, I no longer have a client, am not receiving instructions with respect to this matter and perceive no likelihood that there is any basis for litigation of this matter or recovery by the Appellant (except possibly insofar as she has submitted a claim in the bankruptcy).

WHEREFORE, based on the above, I respectfully request leave to withdraw as counsel for General Motors Corporation in the above matter.

Respectfully submitted,

s/David M. Davis
David M. Davis (P24006)
Attorney for Defendant - Appellee
401 South Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009
Telephone: (248) 645-0800
E-Mail: dmd@hardylewis.com

Dated: March 5, 2014

IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

MARY CAMPOS, Executor

               Plaintiff      ,           Court of Appeals

v.                                        Case No. 09-3226

BELEN CUELLAR,

                                        District Court

               Defendant - Appellant,     No: 08-02852

                                        Hon. Jack Zouhary

GENERAL MOTORS CORPORATION,

               Defendant - Appellee.

_____/

CERTIFICATE OF SERVICE

STATE OF MICHIGAN      )
                           ) SS:
COUNTY OF OAKLAND    )

     I certify that on this 5th day of March, 2014, I have filed the foregoing paper

using the Court's ECF system that will send notification to Timothy C. Holtsberry,

415 West 2nd Street, Suite B, P.O. Box 7008, Defiance, Ohio 43512.

                                            s/David M. Davis
                                            David M. Davis
                                            Hardy, Lewis & Page, P.C.
                                            401 South Old Woodward Avenue
                                            Suite 410
                                            Birmingham, Michigan 48009

Dated: March 5, 2014

00237603.WPD