No. 09-3226

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MARY CAMPOS, Executor, ) | |
| ) | |
| Plaintiff, ) | **FILED** |
| ) | Apr 16, 2014 |
| v. ) | DEBORAH S. HUNT, Clerk |
| ) O R D E R | |
| BELEN CUELLAR, ) | |
| ) | |
| Defendant-Appellant, ) | |
| ) | |
| GENERAL MOTORS CORPORATION, ) | |
| ) | |
| Defendant-Appellee. ) | |

The defendant and cross-claimant Belen Cuellar appeals summary judgment in favor of the defendant General Motors Corporation.  This appeal was placed in abeyance based upon the Chapter 11 bankruptcy proceedings entered into by General Motors, and counsel was directed to file status reports.  Counsel for the General Motors Corporation now moves to withdraw as counsel on grounds that the corporation was dissolved in 2012 and he no longer has a client.

The appellant is directed to state in writing, within 21 days of the entry of the order, whether relief has been sought in the bankruptcy proceedings, or any reason that this appeal is not moot in light of the dissolution of General Motors.  If a timely response is not filed, the appeal may be dismissed for want of prosecution.  *See*  6th Cir. R. 45(a)(4).  The motion of General Motors' counsel to withdraw shall be held in abeyance pending appellant's response.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk