# CASE NO. 09-3226

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**Francisco Cuellar, deceased**
    **Mary Campos, Executor**              :

    Plaintiff                               :

    -vs-                                    :   **DEFENDANT BELEN**
                                            :   **CUELLAR'S RESPONSE**
**Belen Cuellar**
                                            :
    Defendant – Appellant
                                            :
**GM Benefits & Services Center**
                                            :
    Plan Administrator &
    Defendant - Appellee                    :

## APPEAL

United States District Court
Northern District of Ohio
Western Division Toledo

Timothy C. Holtsberry, Esq.
TIM HOLTSBERRY CO., LLC
415 West 2nd Street, Suite B
Defiance, Ohio 43512
Telephone: (419) 782-0488
Fax: (419) 782-0713
Email: timholtsberryesq@hotmail.com

Pursuant to this Court's request dated April 16, 2014, Appellant hereby presents her response regarding the bankruptcy proceedings and that this case is not moot in light of the dissolution of General Motors.

First, the original party whom Appellant, Belen Cuellar, added in the Paulding County Common Pleas case wherein this action began was GM Pension Administration Center as Plan Administrator which was approved by the Court on Jun 5, 2008. Then Appellant, Belen Cuellar, added in that original case GM Benefits and Services Center as Plan Administrator. "GM Benefits and Services Center" has never entered any pleadings in these cases nor has anyone plead that a proper party was never pled and raising that issue on appeal is inappropriate. Throughout the proceedings Appellee stated his client was "GM Pension Administration Center, more properly identified as General Motors Corporation, Plan Administrator". When this case came before this Court the Appellee's title, for unknown reasons to the Appellant, was labeled "General Motors Corporation".

Appellee's counsel states that the "Old GM was dissolved in 2012", however, Appellee's counsel continued to file documents on behalf of his client for an additional 2 years, being approximately 7 Notice of Status Reports of Bankruptcy Proceedings (between May 2012 and January 2014). These status reports continued to stay these proceedings. It seems a more than a little disingenuous for Appellee's counsel to state two (2) years later, after filing several

pleadings on his client's behalf that he no longer has a client. In fact, Appellant is unaware that the stay is currently lifted so these proceedings can resume. Appellant, Belen Cuellar did not join General Motors Corporation as a party, she joined GM Pension Administration Center and GM Benefits and Services Center, therefore, whether these two Centers exist independently or under General Motors, this case should not be dismissed.

A better question is what is this entity (GM Benefits and Services Center?) and does it still exist. The original action was brought against the entity because of a calculation error in the administration of the pension benefit made by that entity, never has there been a motion to remove this entity as a party.

Many questions need to be answered before a dismissal is granted even after the stay is lifted because of the complicated nature of the bankruptcy. Is this entity autonomous, a subsidiary of General Motors or just a department of General Motors? The bankruptcy court created "New GM" and "Old GM" in which "GM" does the entity exist, because it still exists, it still has a website with the same name listed as listed on the original pleading of this action and is doing business under that name. Was the entity sold to "New GM" as part of the restructuring and, if so, were the liabilities as well as the assets transferred to "New GM" or were just the assets transferred to "New GM" and the liabilities remain with "Old GM" or did the liabilities and assets remain with "Old GM"? Without answers to these

questions this action cannot be dismissed in good faith, especially in light of the fact that the Appellant was never made a party to the bankruptcy.

Appellant, Belen Cuellar was and is not a party to the bankruptcy proceedings. She has never received notice that she is a creditor entitled to notice. Although General Motors filed a Stay with this Court, no further documents regarding any available relief were sent to Appellant and therefore no relief is available to Appellant through the bankruptcy. Further, Appellant, was never given notice of any injunction against the pursuit of claims nor is she able to request authorization through the bankruptcy liquidating plan administered by the Bankruptcy Court. Nor is there any evidence that this particular claim has been discharged by the bankruptcy court or that it has even been addressed at all by the bankruptcy court.

In fact, Appellant has not been privy to any information regarding this bankruptcy except the status reports filed in this case. Appellant is unaware whether the injunction is permanent in nature, or if it only continues the stay of this case. Appellant is unaware whether the injunction is only for new cases or if it is for cases which were commenced prior to the bankruptcy filing. Appellee has failed to file a copy of the liquidating plan of reorganization which addresses this injunction. One thing is clear, though, an automatic stay of the proceedings in this case has been put into place pursuant to § 362(a)(1) and has not been lifted,

therefore no proceedings in this case not even a dismissal of the action can take place otherwise a violation of the stay will occur.

In sum, it would be a violation of the stay for any proceedings to take place in this action, including a dismissal. Furthermore, a complete explanation regarding, GM Benefits and Services Center, status as an entity should be forthcoming as it still administers the pension plan that is the heart of this action.

  s/ Timothy C. Holtsberry
Timothy C. Holtsberry, Esq. (# 0081412)
of **TIM HOLTSBERRY CO., LLC**
415 West 2nd St., Suite B
P.O. Box 7008
Defiance, Ohio 43512
Telephone: (419) 782-0488
Fax: (419) 782-0713
timholtsberryesq@hotmail.com
Attorney for Defendant- Appellant, Belen Cuellar

## CERTIFICATION

I hereby certify that on the 5 day of May, 2014, a copy of foregoing **Defendant Belen Cuellar's Response** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

   s/ Timothy C. Holtsberry
Timothy C. Holtsberry, Esq. (# 0081412)
of **TIM HOLTSBERRY CO., LLC**
415 West 2nd St., Suite B
P.O. Box 7008
Defiance, Ohio 43512
Telephone: (419) 782-0488
Fax: (419) 782-0713
timholtsberryesq@hotmail.com
Attorney for Defendant- Appellant, Belen Cuellar